

936 P.2d 191

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Waikoloa Land & Cattle Co. v. County of Hawai'i | 19286 | 2/11/97 | Vacated and Remanded |
| State v. Kahui | 18797 | 2/24/97 | Vacated and Remanded |
| Neighbors of the Ala Wai v. First Dev. Inc. | 16710 | 3/6/97 | Dismissed |
| Moniz v. County of Kauai | 18694 | 3/10/97 | Vacated and Remanded |
| State v. Prudholm | 18784 | 3/10/97 | Vacated and Remanded |

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Maui County Council v. Thompson | 18578 | 1/29/97 | Denied | 84 Hawai'i 105, 929 P.2d 1355 |
| State v. Kaakimaka | 18512 | 3/21/97 | Denied | 84 Hawai'i 280, 933 P.2d 617 |
| State v. Miller | 16677 | 4/3/97 | Denied | 84 Hawai'i 269, 933 P.2d 606 |
| State v. Vallesteros | 18918 | 3/25/97 | Denied | 84 Hawai'i 295, 933 P.2d 632 |